ANTHONY ESPOSITO ET AL. *v.* PLANNING COMMISSION
OF THE TOWN OF WESTBROOK

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Middlesex is denied by the court.

*Roger J. Frechette,* in support of the petition.
*Bruce G. MacDermid,* in opposition.

Decided February 7, 1980

STATE OF CONNECTICUT ET AL. *v.* FREEDOM OF
INFORMATION COMMISSION ET AL.

The named defendant's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.

The defendant Journal Inquirer's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Mitchell W. Pearlman,* in support of the petition of the named defendant.

*Richard C. Robinson,* in support of the petition of the defendant Journal Inquirer.

*Paul M. Scimonelli* and *Ralph G. Murphy,* assistant attorneys general, in opposition.

Decided February 13, 1980